UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. KELLY,<br><br>Plaintiff,<br><br>vs.<br><br>KARANDEEP SRAON,<br>   Interim Director,<br>   Aleda E. Lutz VA Medical Center,<br><br>Defendant. | 1:18-CV-11467-TGB<br><br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>DISMISS DEFENDANT<br>KARANDEEP SRAON (DKT. 6) |

This case is a dispute about the United States Department of Veterans Affairs alleged failure to pay Plaintiff's travel fees (under 38 U.S.C. § 111) for a visit he made to the Aleda E. Lutz VA Medical Center in Saginaw, Michigan on February 8, 2018. The Complaint lists a single

Defendant[1] – Karandeep Sraon, who Plaintiff claims was the "Interim Director" of the Aleda E. Lutz VA medical Center at the time.

Plaintiff filed a motion to voluntarily dismiss the Complaint on May 29, 2018 (Dkt. 6).  Rule 41(a)(1) provides that a case may be voluntarily dismissed by the plaintiff:

> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> 
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> 
> (ii) a stipulation of dismissal signed by all parties who have appeared.
> 
> (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

The opposing party has not filed an Answer, or a motion for summary judgment.[2]  Thus, it appears that a dismissal without prejudice is

---

[1] When this case was docketed by the Clerk's Office, the caption erroneously included a second Defendant – the Lutz VA Medical Center itself.  However, a close reading of Plaintiff's Complaint indicates that it only names one Defendant, Interim Director Sraon.

[2] Rules 23 (concerning class action litigation) and 66 (concerning receivers) do not apply to this case.

2

appropriate. As such, Plaintiff's motion to voluntarily dismiss (Dkt. 6) is hereby **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2018

## Certificate of Service

I hereby certify that this Order was electronically submitted on June 13, 2018, using the CM/ECF system, which will send notification to each party. A copy was also mailed to Plaintiff, at his address of record.

s/A. Chubb
Case Manager